# In the United States Court of Federal Claims

**OFFICE OF SPECIAL MASTERS**

Filed: October 1, 2026

| | | |
|---|---|---|
| AMANDA RIVERA, *on behalf of her minor child, A.R.,* Petitioner, | * | No. 23-1017V |
| v. | * | Special Master Young |
| SECRETARY OF HEALTH AND HUMAN SERVICES, Respondent. | * | |

*Nathan Joseph Marchese*, Siri & Glimstad, LLP, Chicago, IL, for Petitioner.
*Elizabeth Andary*, United States Department of Justice, Washington, DC, for Respondent.

## DECISION[1]

On June 30, 2023, Amanda Rivera ("Petitioner") filed a petition for compensation pursuant to the National Vaccine Injury Compensation Program[2] on behalf of her minor child, A.R. 42 U.S.C. §§ 300aa-10 to -34 (2018); Pet., ECF No. 1. Petitioner alleged that A.R. suffered a febrile seizure and subsequent seizures that were caused-in-fact by influenza ("flu"), polio, pneumococcal conjugate ("PCV13"), haemophilus influenzae type B ("Hib"), and diphtheria-tetanus-acellular pertussis ("DTaP") vaccinations A.R. received on December 4, 2020. Pet. at 1.

On October 1, 2026, the parties filed a stipulation (attached as Appendix A)[3] in which they state that a decision should be entered awarding compensation to Petitioner. Stipulation ¶ 7, ECF No. 55. Respondent "denies that A.R.'s alleged seizures or their residual effects were caused-in-fact by the vaccinations; denies that the vaccinations caused A.R. any other injury; and denies that

---

[1] Because this Decision contains a reasoned explanation for the action taken in this case, it must be made publicly accessible and will be posted on the United States Court of Federal Claims' website, and/or at https://www.govinfo.gov/app/collection/uscourts/national/cofc, in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2018) (Federal Management and Promotion of Electronic Government Services). **This means the Decision will be available to anyone with access to the internet.** In accordance with Vaccine Rule 18(b), Petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, I agree that the identified material fits within this definition, I will redact such material from public access.
[2] National Childhood Vaccine Injury Act of 1986, Pub L. No. 99-660, 100 Stat. 3755.
[3] The attached stipulation omits the Adobe Acrobat Sign Document Completion Report to avoid unnecessary disclosure of Petitioner's personal information.

A.R.'s current condition is a sequala of a vaccine-related injury." *Id.* ¶ 6. Nevertheless, the parties agree to the joint stipulation. *See id.* ¶ 7. I find the stipulation reasonable and adopt it as the decision of the Court in awarding damages, on the terms set forth therein.

The parties stipulate that Petitioner shall receive the following compensation:

> **(a) An amount of $12,500.00 to be paid through an ACH deposit to Petitioner's counsel's IOLTA account for prompt disbursement to Petitioner as guardian/conservator of A.R.'s estate.**

*Id.* ¶ 8. This amount represents compensation for all damages that would be available under 42 U.S.C. § 300aa-15(a).

I approve the requested amount for Petitioner's compensation. Accordingly, an award should be made consistent with the stipulation.

In the absence of a motion for review filed pursuant to RCFC Appendix B, the Clerk of Court **SHALL ENTER JUDGMENT** in accordance with the terms of the parties' stipulation.[4]

**IT IS SO ORDERED.**

s/Herbrina D.S. Young
Herbrina D.S. Young
Special Master

[4] Pursuant to Vaccine Rule 11(a), entry of judgment is expedited by the parties' joint filing of notice renouncing the right to seek review.

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**OFFICE OF SPECIAL MASTERS**

| | |
|---|---|
| AMANDA RIVERA, on behalf of her minor child, A.R.,<br><br>Petitioner,<br><br>v.<br><br>SECRETARY OF HEALTH AND HUMAN SERVICES,<br><br>Respondent. | No. 23-1017V<br>Special Master Herbrina D.S. Young<br>ECF |

**STIPULATION**

The parties hereby stipulate to the following matters:

1. Amanda Rivera ("petitioner"), on behalf of A.R., a minor child, filed a petition for vaccine compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. § 300aa-10 to -34 (the "Vaccine Program"). The petition seeks compensation for injuries allegedly related to A.R.'s receipt of vaccinations for influenza ("flu"), polio,[1] pneumococcal conjugate ("PCV13"), Haemophilus Influenzae Type B ("Hib"), and Diphtheria-Tetanus-acellular Pertussis ("DTaP"), which are vaccines contained in the Vaccine Injury Table (the "Table"), 42 C.F.R. § 100.3(a).

2. A.R. received the vaccines on December 4, 2020.

3. The vaccinations were administered within the United States.

[1] The medical records show that A.R. received an inactivated polio vaccination ("IPV") by injection, not an Oral polio vaccination, as alleged in the petition.

4. Petitioner alleges that the vaccines caused A.R. to suffer from a "febrile seizure and subsequent seizures," that was caused-in-fact by the vaccines. Petitioner further alleges that A.R. experienced the residual effects of this condition for more than six months.

5. Petitioner represents that there has been no prior award or settlement of a civil action for damages on A.R.'s behalf as a result of A.R.'s alleged injury.

6. Respondent denies that A.R.'s alleged seizures or their residual effects were caused-in-fact by the vaccinations; denies that the vaccinations caused A.R. any other injury; and denies that A.R.'s current condition is a sequela of a vaccine-related injury.

7. Maintaining their above-stated positions, the parties nevertheless now agree that the issues between them shall be settled and that a decision should be entered awarding the compensation described in paragraph 8 of this Stipulation.

8. As soon as practicable after an entry of judgment reflecting a decision consistent with the terms of this Stipulation, and after petitioner has filed an election to receive compensation pursuant to 42 U.S.C. § 300aa-21(a)(1), the Secretary of Health and Human Services will issue the following vaccine compensation payment:

> A lump sum of **$12,500.00** to be paid through an ACH deposit to petitioner's counsel's IOLTA account for prompt disbursement to petitioner as guardian/conservator of A.R.'s estate.

This amount represents compensation for all damages that would be available under 42 U.S.C. § 300aa-15(a).

9. As soon as practicable after the entry of judgment on entitlement in this case, and after petitioner has filed both a proper and timely election to receive compensation pursuant to 42 U.S.C. § 300aa-21(a)(1), and an application, the parties will submit to further proceedings before

the special master to award reasonable attorneys' fees and costs incurred in proceeding upon this petition.

10. Petitioner and her attorney represent that compensation to be provided pursuant to this Stipulation is not for any items or services for which the Program is not primarily liable under 42 U.S.C. § 300aa-15(g), to the extent that payment has been made or can reasonably be expected to be made under any State compensation programs, insurance policies, Federal or State health benefits programs (other than Title XIX of the Social Security Act (42 U.S.C. § 1396 et seq.)), or by entities that provide health services on a pre-paid basis.

11. Payment made pursuant to paragraph 8 of this Stipulation, and any amounts awarded pursuant to paragraph 9 of this Stipulation, will be made in accordance with 42 U.S.C. § 300aa-15(i), subject to the availability of sufficient statutory funds.

12. The parties and their attorneys further agree and stipulate that, except for any award for attorneys' fees and litigation costs, and past unreimbursable expenses, the money provided pursuant to this Stipulation will be used solely for A.R.'s benefit, as contemplated by a strict construction of 42 U.S.C. § 300aa-15(a) and (d), and subject to the conditions of 42 U.S.C. §§ 300aa-15(g) and (h).

13. Petitioner represents that she presently is, or within 90 days of the date of judgment will become, duly authorized to serve as guardian/conservator of A.R.'s estate under the laws of the State of California, consistent with the arrangement agreed to on July 27, 2026.

14. In return for the payments described in paragraphs 8 and 9, petitioner, in petitioner's individual capacity, and as legal representative of A.R., on behalf of petitioner, A.R., and A.R.'s heirs, executors, administrators, successors or assigns, does forever irrevocably and unconditionally release, acquit, and discharge the United States and the Secretary of Health and

Human Services from any and all actions or causes of action (including agreements, judgments, claims, damages, loss of services, expenses, and all demands of whatever kind or nature) that have been brought, could have been brought, or hereafter could be timely brought in the Court of Federal Claims, under the Vaccine Injury Compensation Program, 42 U.S.C. § 300aa-10 et seq., on account of, or in any way growing out of, any and all known or unknown, suspected or unsuspected personal injuries to or death of A.R. resulting from, or that may be alleged to have resulted from, the vaccinations administered on or about December 4, 2020, as alleged by petitioner in a petition for vaccine compensation filed on or about June 30, 2023, in the United States Court of Federal Claims as petition No. 23-1017V.

15. If A.R. should die prior to entry of judgment, this agreement shall be voidable upon proper notice to the Court on behalf of either or both of the parties.

16. If the special master fails to issue a decision in complete conformity with the terms of this Stipulation or if the Court of Federal Claims fails to enter judgment in conformity with a decision that is in complete conformity with the terms of this Stipulation, then the parties' settlement and this Stipulation shall be voidable at the sole discretion of either party.

17. This Stipulation expresses a full and complete negotiated settlement of liability and damages claimed under the National Childhood Vaccine Injury Act of 1986, as amended, except as otherwise noted in paragraph 9 above. There is absolutely no agreement on the part of the parties hereto to make any payment or to do any act or thing other than is herein expressly stated and clearly agreed to. The parties further agree and understand that the award described in this stipulation may reflect a compromise of the parties' respective positions as to liability and/or amount of damages, and further, that a change in the nature of the injury or condition or in the items of compensation sought, is not grounds to modify or revise this agreement.

18. This Stipulation shall not be construed as an admission by the United States or the Secretary of Health and Human Services that the vaccinations caused A.R. to suffer seizures, or his current disabilities, or any other injury or condition.

19. All rights and obligations of petitioner hereunder shall apply equally to petitioner's heirs, executors, administrators, successors, and/or assigns as legal representatives of A.R..

**END OF STIPULATION**

Respectfully submitted,

**PETITIONER:**

Amanda Rivera (Sep 26, 2026 12:20:32 PDT)
AMANDA RIVERA

**ATTORNEY OF RECORD FOR PETITIONER:**

NATHAN J. MARCHESE
Siri & Glimstad LLP
111 West Jackson Blvd
Chicago, IL 60604
Tel.: (213) 328-6982
E-mail: NMarchese@sirillp.com

**AUTHORIZED REPRESENTATIVE OF THE ATTORNEY GENERAL:**

HEATHER L. PEARLMAN
Deputy Director
Torts Branch
Civil Division
U.S. Department of Justice
P.O. Box 146
Benjamin Franklin Station
Washington, DC 20044-0146

**AUTHORIZED REPRESENTATIVE OF THE SECRETARY OF HEALTH AND HUMAN SERVICES:**

George R. Grimes -S18
Digitally signed by George R. Grimes -S18
Date: 2026.08.20 15:00:13 -04'00'

CAPT GEORGE REED GRIMES, MD, MPH
Director, Division of Injury Compensation Programs
Health Systems Bureau
Health Resources and Services Administration
U.S. Department of Health and Human Services
5600 Fishers Lane, 14W-18
Rockville, MD 20857

**ATTORNEY OF RECORD FOR RESPONDENT:**

ELIZABETH A. ANDARY
Trial Attorney
Torts Branch
Civil Division
U.S. Department of Justice
P.O. Box 146
Benjamin Franklin Station
Washington, DC 20044-0146
Tel.: (202) 616-9824
E-mail: Elizabeth.A.Andary@usdoj.gov

Dated: 10/01/2026